AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Ivan Alberto Barrera-Bustamente
   DOB:  8/15/1980
   PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __December 6, 2005__ in __Washington, D.C.__, District of Columbia defendant(s) did, (Track Statutory Language of Offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am __Mark Leeper, Special Agent with the US Immigration and Customs Enforcement__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUSA, Frederick Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

Signature of Complainant
Mark Leeper, Special Agent
US Immigration and Customs Enforcement

_____
Date

at   __Washington, D.C.__
         City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer