AO442(Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

IVAN ALBERTO BARRERA-BUSTAMENTE

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 002M-01

FILED
JAN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ivan Alberto Barrera-Bustamente___
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title 18, United States Code, Section(s) § 1326(a)

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

JAN 03 2006  District of Columbia
Date and Location

Bail fixed at $ __[handwritten]__   by _[signature]_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-3-06 | SEAN McLEOD SDUSM | S. _[signature]_ |
| DATE OF ARREST | | |
| 1-19-06 | | |