```
                    IN THE
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA

                    * * *

UNITED STATES OF AMERICA      )
                              )
        Plaintiff;            )
                              )
        v.                    ) MAG NO 06-002 (DAR)
                              )
                              )
IVAN A. BARRERA-BUSTAMENTE,   )
                              )
        Defendant.            )
```

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

>Respectfully submitted,
>
>A.J. KRAMER
>FEDERAL PUBLIC DEFENDER
>
>         /S/
>By:_____
>TONY W. MILES
>Assistant Federal Public Defender
>625 Indiana Avenue, N.W., Suite 550
>Washington, D.C.  20004
>(202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served this 24TH day of January 2006 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

>         /s/
>By:_____
>TONY W. MILES