IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 06-02M |
| | : | |
| IVAN BARRERA-BUSTAMENTE, | : | VIOLATIONS: |
| | : | |
| | : | 8 U.S.C. § 1326(a) |
| Defendant. | : | (Unlawful Reentry of a Removed Alien) |
| | : | |
| | : | |

## INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

On or about December 6, 2005, within the District of Columbia, defendant **IVAN BARRERA-BUSTAMENTE**, an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a)).

KENNETH L. WAINSTEIN
United States Attorney, #451058

By: _____
FREDERICK W. YETTE, AUSA, #385391
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov