UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 06-0024 |
| ) | |
| ) | |
| IVAN BARRERA-BUSTAMENTE ) | |

**FILED**

FEB 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I,   **IVAN BARRERA-BUSTAMENTE**, the above-name defendant, who is accused of

Unlawful Reentry of a Removed Alien
8 USC 1326(a)

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **February 24, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____     Date: 2/24/06
Judge John D. Bates