IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-02M |
| v. | : |
| IVAN BARRERA-BUSTAMENTE, | : |
| Defendant. | : |

06-24

FILED

FEB 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FACTUAL PROFFER
### IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about December 6, 2005, IVAN BARRERA-BUSTAMENTE (the "defendant"), was present in the United States in violation of federal law.

On July 19, 2005, IVAN BARRERA-BUSTAMENTE was apprehended on Ontario Road, NW, near Columbia Road in Washington, D.C., because agents from U.S. Immigration and Customs Enforcement ("ICE") suspected that he was selling illegal identity documents.

After his arrest, BARRERA-BUSTAMENTE admitted that he is a native and citizen of Mexico who entered the United States without inspection, near San Ysidro, CA, on an unknown date in 1999. On July 29, 2005, an immigration judge executed an Order Granting Stipulated Removal, which ordered the defendant removed to Mexico because he was in the United States illegally. On August 16, 2005, BARRERA-BUSTAMENTE was deported back to Mexico. When the defendant was deported on August 16, 2005, he received notice that he could not return to the United States for a period of five years, without first having obtained permission from the Attorney General.

On December 6, 2005, the ICE agent who arrested the defendant on August 16, 2005, once again observed BARRERA-BUSTAMENTE on Colombia Road, NW, Washington, D.C. Since the agent knew the defendant previously had been deported, he arrested the defendant again. During processing, BARRERA-BUSTAMENTE admitted that he was deported from the United States and re-entered illegally at Nogales, AZ. BARRERA-BUSTAMENTE further stated that he did not obtain permission from the Attorney General of the United States to re-enter. ICE has

confirmed that BARRERA-BUSTAMENTE did not obtain permission to reenter the country, and therefore he reentered, and is present in the United States, illegally.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. #451058

By: _____
FREDERICK W. YETTE, #385391
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

02/24/06
_____
Date

_____
Ivan Barrera-Bustamente

## Defense Counsel's Acknowledgment

I am Ivan Barrera-Bustamente's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

___2/24/06___  
Date

___Tony W. Miles___  
Tony Miles, Esq.