UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-024 (JDB) |
| IVAN BARRERA-BUSTAMENTE | ) ) ) ) | |

**DEFENDANT'S MOTION FOR A TRANSFER
TO THE CENTRAL TREATMENT FACILITY**

Ivan Barrera-Bustamente, through undersigned counsel, respectfully moves the Court to order his transfer from the District of Columbia Jail to the Correctional Treatment Facility (CTF) pending further proceedings in his criminal case.

In support of the Motion, undersigned states:

1.      Mr. Barrera-Bustamente was before the Court on February 24, 2006 for the entry of a guilty plea. Pursuant to a plea agreement, Mr. Barrera-Bustamente pled guilty to a criminal Information charging him with Unlawful Reentry of a Removed Alien in violation of 8 U.S.C. § 1326(a). At the conclusion of the plea hearing, the Court ordered a Pre-Sentence Investigation Report and scheduled a Sentencing Hearing for April 18, 2006.

2.      Also at the conclusion of the plea hearing, undersigned counsel moved orally for Mr. Barrera-Bustamente's transfer from the District of Columbia Jail to the Correctional Treatment Facility (CTF) pending resolution of his case. The court asked that such a request be made pursuant to a written motion. In accordance with the court's request, Mr. Barrera-Bustamente, through counsel, is now making a written request that he be transferred from the

1

District of Columbia Jail to CTF.  Mr. Barrera-Bustamente makes this request because he wants to take advantage of various educational programs which CTF offers to its inmates.  Mr. Barrera-Bustamente has been advised that he will have a reasonable chance of being able to actually participate in educational programs if he is incarcerated at CTF rather than at D.C. Jail.

For the foregoing reasons, Mr. Barrera-Bustamente respectfully requests that the Court grant the Motion for his transfer to the Correctional Treatment Facility.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202)  208-7500