IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) ) | **CRIMINAL   NO.  06-024 (JDB)** |
| **IVAN BARRERA-BUSTAMENTE,** | ) ) ) | |

**ORDER**

Upon motion of Defendant Ivan Barrera-Bustamente, it is hereby

ORDERED that Ivan Barrera-Bustamente shall be transported from the District of Columbia Jail to the Correctional Treatment Facility (CTF) for educational purposes.

It is further ORDER that Mr. Barrera-Bustamente shall be held in general population and he shall not be placed in protective custody, administrative segregation, nor any other segregation.

SO ORDERED.


_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE


Dated: _____

Copies to:

AFPD, Tony Miles
AUSA, Frederick Yette
USM