UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IVAN BARRERA-BUSTAMENTE,<br><br>Defendant. | Criminal Action No. 06-024 (JDB) |

### ORDER

Upon consideration of defendant's motion for transfer to the Central Treatment Facility and the Court's determination that good cause for the transfer has not been shown, it is hereby

ORDERED that the motion is denied.

_____
JOHN D. BATES
United States District Judge

Date: March 7, 2006


Copies to:

Frederick Yette
United States Attorney's Office
555 Fourth Street, Northwest
Washington, D.C. 20530

Tony W. Miles
Office of the Federal Public Defender
625 Indiana Avenue, Northwest
Washington, D.C. 20004