**BARRERA-BUSTAMENTE, Ivan**                                                               Page 18

THE HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: 06CR0024-001 |
| --- | --- | --- |
| vs. | : | |
| Ivan Barrera-Bustamente | : | Disclosure Date: March 16, 2006 |

**FILED**

APR 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
   (✓) There are no material/factual inaccuracies therein.

   ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                              __3/27/06__
Assistant U.S. Attorney                                                          Date

### For the Defendant

(CHECK APPROPRIATE BOX)
   ( ) There are no material/factual inaccuracies therein.

   ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                                              _____
Defendant         Date                                                           Defense Counsel         Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **March 31, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Richard A. Houck, Jr.
Chief United States Probation Officer