BARRERA-BUSTAMENTE, Ivan                                         Page 18

THE HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    Docket No.: 06CR0024-001
                              :
vs.                           :
                              :
Ivan Barrera-Bustamente       :    Disclosure Date: March 16, 2006

**FILED APR 1 8 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

(  ) There are no material/factual inaccuracies therein.

(  ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Assistant U.S. Attorney                                              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

(  ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_  04/06/06                              _Tony W. Miles_  4/6/06
Defendant       Date                                  Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **March 31, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Richard A. Houck, Jr.
Chief United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

April 6, 2006

BY FAX (202) 273-0193

Ms. Kelly Kraemer-Soares
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. Ivan Barrera-Bustamente</u> [Cr. No. 06-24 (JDB)]

Ms. Kraemer-Soares:

Mr. Barrera-Bustamente and I have reviewed the Presentence Report (PSR) in relation to his case and we have found that the following factual/material inaccuracies exist in the PSR:

-On page 1, the report should state that Mr. Barrera-Bustamente has been held without bond in this case since December 6, 2005 (not December 5, 2006).

-On page 3, paragraph 4, the report should state that Mr. Barrera-Bustamente has been held without bond in this case since December 6, 2005 (not December 5, 2005).

-On page 7, paragraph 32, the report should note that the three year old son Mr. Barrera-Bustamente has with Ms. Corado is named Justin Ivan Barrera Corado.

Thank you for your assistance.

Sincerely,

Tony W. Miles
Asst. Federal Public Defender

cc: AUSA Frederick Yette